# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| DAVID OSUNA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05-cv-01919-KOB-JEO |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 24, 2006, recommending that this action be dismissed for lack of subject matter jurisdiction, pursuant to 28 U.S.C. § 2680(a). The plaintiff filed objections to the report and recommendation on March 13, 2006. The court finds the plaintiff's objections to be without merit.

The facts alleged in this action place the plaintiff's claims clearly within the discretionary function exception to the Federal Tort Claims Act. *See Cohen v. United States*, 151 F.3d 1338 (11th Cir. 1998). Citing the Second Circuit decision in *Coulthurst v. United States*, 214 F.3d 106, the plaintiff argues that certain types of negligence are not covered by the discretionary function exception and that "it is easy to imagine a scenario" in which the Talladega prison staff in this instance committed the type of negligence which would be outside the exception. (Doc. 11, p. 7). However, in reviewing the plaintiff's complaint, the court cannot impute "imagined" conduct on the part of prison officials, but "need only accept well-pleaded facts and reasonable inferences drawn from those facts." *Oladeinde v. City of Birmingham*, 963 F.2d 1481, 1485 (11th Cir. 1992) (internal

quotations omitted). Thus, "conclusory allegations, unwarranted factual deductions, or legal conclusions masquerading as facts will not prevent dismissal." *Davila v. Delta Air Lines, Inc.,* 326 F.3d 1183 (11th Cir. 2003).

Therefore, having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed for lack of subject matter jurisdiction, pursuant to 28 U.S.C. § 2680(a). A Final Judgment will be entered.

**DATED**, this 29th day of March, 2006.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE